JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. BECKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS (VAW) LLC, JEFFERSON CAPITAL SYSTEMS, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01387-JLS-ADS<br><br>Hon. Josephine L. Staton<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND FOR STAY OF ACTION** |

Pursuant to the Stipulation of Plaintiff JOSEPH L. BECKER ("Plaintiff") and Defendant VERIZON WIRELESS (VAW) LLC ("Defendant" or "Verizon Wireless"), and good cause shown, it is hereby ordered that:

1. The Stipulation is GRANTED and this matter shall be referred to binding arbitration through the procedures of the American Arbitration Association ("AAA") as agreed by the parties in the Stipulation.

2. The action is stayed pending completion of the arbitration between Plaintiff and Verizon Wireless. The parties shall notify the Court within 10 days of any resolution of this case by arbitration or otherwise.

**IT IS SO ORDERED**.

Dated: October 03, 2019

_____
Honorable Josephine L. Staton
United States District Judge