JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. BECKER, an Individual; | Case No.: 8:19-cv-01387-JLS-ADS |
| | Hon. Josephine L. Staton |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC AND THE ENTIRE CASE |
| VERIZON WIRELESS, a business entity, form unknown; JEFFERSON CAPITAL SYSTEMS, a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown; TRANSUNION, LLC, a business entity, form unknown and DOES 1-10, Inclusive, | |
| Defendants. | |

Plaintiff Joseph L. Becker and Defendant Trans Union LLC have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Joseph L. Becker against Defendant Trans Union LLC are in all respects dismissed with prejudice.

Additionally, since there are no remaining defendants, the entire case is dismissed with prejudice.

DATED this 19th day of October, 2020.

　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　—————————————
　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE